

Search for Cases by: Select Search Method...

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print                                    Logon

**20SL-CC05699 - BRENDA LAYTON V QUIKTRIP CORPORATION ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Sort Date Entries: ● Descending ○ Ascending          Display Options: All Entries

---

**03/05/2021**   **Cert Serv of Interrog Filed**
Certificate of Service of Discovery; Electronic Filing Certificate of Service.
**Filed By:** JUSTIN D GUERRA
**On Behalf Of:** BRENDA LAYTON

**01/21/2021**   **Certificate of Service**
Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** KATHERINE MARGARET RICKS
**On Behalf Of:** QUIKTRIP CORPORATION

**12/30/2020**   **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
**Filed By:** KATHERINE MARGARET RICKS
**On Behalf Of:** QUIKTRIP CORPORATION

**Answer Filed**
**Filed By:** MATTHEW JOSEPH REH
**On Behalf Of:** QUIKTRIP CORPORATION

**Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW JOSEPH REH

**12/14/2020**   **Corporation Served**
Document ID - 20-SMCC-10495; Served To - QUIKTRIP CORPORATION; Server - CT CORP; Served
Date - 30-NOV-20; Served Time - 00:00:00; Service Type - Territory 30; Reason Description - Served;
Service Text - LC

**11/20/2020**   **Pet Filed in Circuit Ct**
The fee 3065 in the amount of 10.00 was added on CBAACCD.

**Pet Filed in Circuit Ct**
The fee 3062 in the amount of 26.00 was added on CBAACCD.

**Summons Issued-Circuit**
Document ID: 20-SMCC-10495, for QUIKTRIP CORPORATION.Summons Attached in PDF Form for
Attorney to Retrieve from Secure Case.Net and Process for Service.

**Judge/Clerk - Note**
HOLD SERVICE ON DFT 2 PER PLT ATTY.

**11/18/2020**   **Filing Info Sheet eFiling**
**Filed By:** JUSTIN D GUERRA

**EXHIBIT A**

Case.net: 20SL-CC05699 - Docket Entries

**Note to Clerk eFiling**
    **Filed By:** JUSTIN D GUERRA

**Motion Special Process Server**
Request for Appointment of Special Process Server.
    **Filed By:** JUSTIN D GUERRA
    **On Behalf Of:** BRENDA LAYTON

**Pet Filed in Circuit Ct**
Petition.

**Judge Assigned**
DIV 14

Case.net Version 5.14.16                    [Return to Top of Page](#)                    Released 03/09/2021

**EXHIBIT A**

**20SL-CC05699**

Electronically Filed - St Louis County - November 18, 2020 - 01:31 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| BRENDA LAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. |
| | ) | |
| QUIKTRIP CORPORATION, | ) | Division No. |
| | ) | |
| Serve:  CT Corporation System | ) | |
| 120 South Central Ave. | ) | |
| Clayton, MO 63105 | ) | JURY TRIAL DEMANDED |
| | ) | |
| and | ) | |
| | ) | |
| JANE DOE, | ) | |
| | ) | |
| *Hold Service* | ) | |
| | ) | |
| Defendants. | ) | |

**PETITION**

COMES NOW Plaintiff Brenda Layton, by and through her attorneys Justin D. Guerra

and Holloran Schwartz & Gaertner LLP, and for her cause of action against Defendant QuikTrip

Corporation and Defendant Jane Doe, states as follows:

1.      That Plaintiff Brenda Layton ("Plaintiff") was at all relevant times herein a

resident citizen of the State of Michigan.

2.      That Defendant QuikTrip Corporation ("Defendant QuikTrip") was at all relevant

times herein an Oklahoma corporation, in good standing, and conducting business in the State of

Missouri.

3.      That Defendant Jane Doe ("Defendant Doe") was at all relevant times herein a

resident citizen of the State of Missouri and an employee of Defendant QuikTrip in St. Louis

County, Missouri, but her identity is not fully known.

**EXHIBIT A**

Electronically Filed - St. Louis County - November 18, 2020 - 01:31 PM

4.      That at all relevant times herein, Defendant QuikTrip owned, controlled, maintained and/or operated a gas station and convenience store located at 9951 Big Bend Boulevard in St. Louis County, State of Missouri ("Defendant's property"), which is also known as QuikTrip #626 ("QuikTrip #626").

5.      That at all relevant times herein, Defendant Doe was an employee of Defendant QuikTrip working at QuikTrip #626, and at all times relevant herein was acting in the course and scope of said employment.

6.      That on or about December 8, 2018, Plaintiff was an invitee at QuikTrip #626 when she encountered an unsafe condition on the premises of QuikTrip #626 causing her to suffer a fall and sustain physical injuries.

7.      That at all relevant times herein, there existed an unnatural accumulation of liquid on the floor in and around the women's restroom and, as a result, the premises was not reasonably safe for invitees such as Plaintiff.

8.      That at all relevant times herein, Defendants knew or, in the exercise of ordinary care, could have known of said unsafe condition.

9.      That at all relevant times herein, Defendants failed to use ordinary care to remedy the condition, barricade it, or warn of said condition.

10.      That as a direct and proximate result of the negligence of Defendants, Plaintiff sustained damage to wit: she sustained injuries to her head, back and upper extremities; she has suffered pain, and she will continue to suffer pain in the future; and she has suffered in her ability to work, labor, and enjoy the pursuits of life.

**EXHIBIT A**

Electronically Filed - St Louis County - November 18, 2020 - 01:31 PM

11.    That the injuries sustained by Plaintiff which are the subject of this lawsuit occurred in St. Louis County in the State of Missouri.  Venue is therefore proper in the Circuit Court of St. Louis County pursuant to Missouri's general venue statute, Section 508.010 R.S.Mo.

WHEREFORE, Plaintiff Brenda Layton prays for a judgment of damages against Defendants in an amount in excess of $25,000.00 (Twenty-Five Thousand Dollars), costs herein expended, and for any further relief this Court deems just and proper under the premises.

**HOLLORAN SCHWARTZ & GAERTNER LLP**

/s/Justin D. Guerra
Justin D. Guerra, #59003
9200 Litzsinger Road
St. Louis, MO 63144
314.772.8989 phone
314.279.1333 fax
jguerra@holloranlaw.com
*Attorneys for Plaintiff*

**EXHIBIT A**

Electronically Filed - St Louis County - November 18, 2020 - 01:31 PM

**20SL-CC05699**

**In the**
# CIRCUIT COURT
## Of St. Louis County, Missouri

_Brenda Layton_____
Plaintiff/Petitioner

vs.

_QuikTrip Corporation_____
Defendant/Respondent

_November 18, 2020_____
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _Plaintiff Brenda Layton_____, pursuant
                                  Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
_St. Louis County Sheriff's Office_ Attn: Civil Process 105 S Central Ave, Clayton, MO 63105   (314) 615-4724
Name of Process Server              Address                                    Telephone

_____
Name of Process Server              Address or in the Alternative                Telephone

_____
Name of Process Server              Address or in the Alternative                Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                          SERVE:
_CT Corporation System_____           _____
Name                                            Name
_120 South Central Ave._____          _____
Address                                         Address
_Clayton, MO 63105_____             _____
City/State/Zip                                  City/State/Zip

SERVE:                                          SERVE:
_____                   _____
Name                                            Name
_____                   _____
Address                                         Address
_____                   _____
City/State/Zip                                  City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____
     Deputy Clerk

_November 18, 2020_____
Date

_/s/Justin D. Guerra_____
Signature of Attorney/Plaintiff/Petitioner
_59003_____
Bar No.
_9200 Litzsinger Road, St. Louis, MO 63144_
Address
_(314) 772-8989_____      _(314) 279-1333_
Phone No.                              Fax No.

CCADM62-WS    Rev. 08/16

**EXHIBIT A**

Electronically Filed - St. Louis County - November 18, 2020 - 01:31 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)     Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)     The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)     Appointments may list more than one server as alternates.

(B)     The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)     Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)     No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)     Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F)     This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

**EXHIBIT A**

**20SL-CC05699**

Electronically Filed - St Louis County - November 18, 2020 - 01:31 PM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

November 18, 2020
Date

Brenda Layton
Plaintiff/Petitioner

Case Number

vs.

QuikTrip Corporation
Defendant/Respondent

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff Brenda Layton                                    , pursuant
                                    Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

 St. Louis County Sheriff's Office  Attn: Civil Process 105 S Central Ave, Clayton, MO 63105    (314) 615-4724
Name of Process Server                       Address                                               Telephone

Name of Process Server                       Address or in the Alternative                          Telephone

Name of Process Server                       Address or in the Alternative                          Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:
 CT Corporation System
Name
 120 South Central Ave.
Address
 Clayton, MO 63105
City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By */s/Laura Scotece*
Deputy Clerk
11/20/2020
November 18, 2020
Date

 /s/Justin D. Guerra
Signature of Attorney/Plaintiff/Petitioner
 59003
Bar No.
 9200 Litzsinger Road, St. Louis, MO 63144
Address
 (314) 772-8989              (314) 279-1333
Phone No.                           Fax No.

CCADM62-WS    Rev. 08/16

**EXHIBIT A**

Electronically Filed - St. Louis County - November 18, 2020 - 01:31 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

**EXHIBIT A**



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>KRISTINE A KERR | Case Number:  20SL-CC05699 | **SHERIFF FEE PAID** |
| Plaintiff/Petitioner:<br>BRENDA LAYTON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JUSTIN D GUERRA<br>9200 LITZSINGER ROAD<br>ST LOUIS, MO  63144 | |
| Defendant/Respondent:<br>QUIKTRIP CORPORATION | Court Address:<br>ST LOUIS COUNTY COURT BUILDING | |
| Nature of Suit:<br>CC Pers Injury-Other | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   QUIKTRIP CORPORATION
                                         Alias:

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVE.**
**CLAYTON, MO 63105**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

     **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
     **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

    <u>20-NOV-2020</u>
       **Date**                                                                                                                                    _____
                                                 **Clerk**
    **Further Information:**
    **LES**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
    Printed Name of Sheriff or Server                              Signature of Sheriff or Server
          **Must be sworn before a notary public if not served by an authorized officer:**

               Subscribed and sworn to before me on _____ (date).

*(Seal)*

               My commission expires: _____                    _____
                                    Date                                                               Notary Public

**Sheriff's Fees, if applicable**
Summons               $_____
Non Est                $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $ 10.00
Mileage                $_____ (_____ miles @ $._____ per mile)
**Total**                $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 20-SMCC-10495**     1     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                      54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**EXHIBIT A**

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

**EXHIBIT A**

*Return*

SB 12/20



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>KRISTINE A KERR | Case Number: 20SL-CC05699 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA LAYTON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JUSTIN D GUERRA<br>9200 LITZSINGER ROAD<br>ST LOUIS, MO 63144 |
| Defendant/Respondent:<br>QUIKTRIP CORPORATION | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

**SHERIFF FEE PAID**

### Summons in Civil Case

The State of Missouri to: QUIKTRIP CORPORATION
Alias:

DEC 0 4 2020

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE.
CLAYTON, MO 63105

3CT COR
W

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>20-NOV-2020</u>
Date

Clerk

Further Information:
LES

NOV 2 4 2020

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name)   **INTAKE SPECIALIST**   _____ (title).
                        **LCW - B. LOVE**
☐ other _____

Served at   **CT CORPORATION**   _____ (address)

in **St. Louis County** _____ (County/City of St. Louis), MO, on **NOV 3 0 2020** (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.

*(Seal)*   Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                          Date                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 20-SMCC-10495**   1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**

Electronically Filed - St Louis County - December 30, 2020 - 10:15 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| BRENDA LAYTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.  20SL-CC05699 |
| QUIKTRIP CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ENTRY OF APPEARANCE

COMES NOW Matthew J. Reh of Armstrong Teasdale LLP and enters his appearance on behalf of Defendant QuikTrip Corporation.

ARMSTRONG TEASDALE LLP


By:  */s/ Matthew J. Reh*
Matthew J. Reh                    #49418
Katherine Ricks                    #70322
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
mreh@atllp.com
kricks@atllp.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Matthew J. Reh*

**EXHIBIT A**

Electronically Filed - St Louis County - December 30, 2020 - 10:15 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| BRENDA LAYTON, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 20SL-CC05699 |
| | ) |
| QUIKTRIP CORPORATION, et al., | ) |
| | ) |
|       Defendants. | ) |
| | ) |
| | ) |

## DEFENDANT QUIKTRIP CORPORATION'S ANSWER TO PLAINTIFF'S PETITION

Defendant QuikTrip Corporation ("Defendant" or "QT"), by and through counsel, submits the following Answer to Plaintiff's Petition.

1.    QT is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 1 and, therefore, denies the same.

2.    QT admits it is an Oklahoma corporation in good standing and that it was authorized to conduct business in Missouri on December 8, 2018.

3.    QT is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 3 and, therefore, denies the same.

4.    QT admits it owned and operated a gas station and convenience store at 9951 Big Bend Boulevard, St. Louis, Missouri 63122 on December 8, 2018. QT also admits this store is known as "Store 626."

5.    QT is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 5 and, therefore, denies the same.

**EXHIBIT A**

Electronically Filed - St Louis County - December 30, 2020 - 10:15 AM

6.     QT is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 6 and, therefore, denies the same. QT denies liability for the damages alleged in paragraph 6.

7.     QT denies the allegations contained in Paragraph 7.

8.     QT denies the allegations contained in Paragraph 8.

9.     QT denies the allegations contained in Paragraph 9.

10.    QT denies the allegations contained in Paragraph 10.

11.    QT admits that "Store 626" is located in St. Louis County, Missouri, but denies liability for the damages alleged in paragraph 11. Further answering, the remaining allegation contained in Paragraph 11 constitutes a legal conclusion to which no response is required. To the extent a response is deemed required, QT denies the allegation.

WHEREFORE having fully answered Plaintiff's Petition, QT prays for judgment in its favor, for its costs and reasonable attorney's fees, and for such other and further relief the Court deems just and proper under the circumstances.

## JURY TRIAL DEMAND

QT demands a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

1.     QT denies each and every allegation not specifically admitted herein.

2.     Plaintiff's Petition fails to state a claim against QT upon which relief can be granted.  QT had no knowledge of the alleged dangerous condition and did not breach any duties owed to Plaintiff.

3.     Any injuries or damages sustained by Plaintiff, which QT denies, were directly and/or proximately caused or contributed to by Plaintiff's negligence or fault.

**EXHIBIT A**

Electronically Filed - St Louis County - December 30, 2020 - 10:15 AM

4.     Any injuries or damages sustained by Plaintiff, which QT denies, were directly and/or proximately caused or contributed to by the negligence or fault of other persons or entities not within QT's control.

5.     Any injuries or damages sustained by Plaintiff, which QT denies, were not caused or contributed to in any degree by any negligence, fault or wrongdoing on the part of QT or any of QT's employees.

6.     If Plaintiff was injured or damaged, which QT denies, to the extent allegations of fault remain as to QT, the fault of Plaintiff and/or other persons or entities involved in the occurrence should be compared and/or apportioned so as to diminish or preclude recovery from QT.

7.     Plaintiff failed to use ordinary care while present at QT at or near the time of the alleged occurrence and such failure directly caused or contributed to any and/or all of Plaintiff's alleged damages.

8.     Plaintiff failed to keep a careful lookout and such failure caused or contributed to any and/or all of Plaintiff's alleged damages.

9.     QT contests the nature and extent of Plaintiff's alleged damages.

10.    If Plaintiff suffered any damage, which QT denies, such damages and any recovery should be reduced pursuant to Mo. Rev. Stat. § 490.715.

11.    QT is entitled to credit in the amount of any settlement Plaintiff receives from any tortfeasor, as such credit constitutes a satisfaction and offset pursuant to Mo. Rev. Stat. § 537.060.

12.    If Plaintiff suffered any damages, which QT denies, Plaintiff failed to comply with the procedures in Mo. Rev. Stat. §408.040 and is not entitled to prejudgment interest.

**EXHIBIT A**

Electronically Filed - St Louis County - December 30, 2020 - 10:15 AM

13.     If Plaintiff suffered any damages, which QT denies, the alleged defect and/or risk was open and obvious and Plaintiff's failure to recognize it directly caused and/or contributed to her alleged damages.

14.     If Plaintiff suffered any damages, which QT denies, the alleged defect and/or risk was open and obvious and Plaintiff assumed any and all risk in going near, remaining near, and walking/running near the alleged defect and/or risk.

15.     If Plaintiff suffered any damages, which QT denies, the alleged defect and/or risk was open and obvious and QT had no duty to warn.

16.     Plaintiff failed to mitigate her damages.

17.     QT expressly reserves the right to challenge jurisdiction and venue in St. Louis County, Missouri if Plaintiff fails to pursue her claims against unnamed Defendant Jane Doe.

18.     QT reserves the right to raise additional affirmative defenses as may be learned through discovery.

WHEREFORE having fully answered Plaintiff's Petition, QT prays for judgment in its favor, for its costs and reasonable attorney's fees, and for such other and further relief the Court deems just and proper under the circumstances.

**EXHIBIT A**

ARMSTRONG TEASDALE LLP


By: */s/ Matthew J. Reh*_____
     Matthew J. Reh       #49418
     Katherine Ricks     #70322
     7700 Forsyth Blvd., Suite 1800
     St. Louis, Missouri 63105
     314.621.5070
     314.621.5065 (facsimile)
     mreh@atllp.com
     kricks@atllp.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION


## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                        */s/ Matthew J. Reh*_____

**EXHIBIT A**

Electronically Filed - St Louis County - December 30, 2020 - 10:18 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

BRENDA LAYTON,                          )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )
                                        )   Case No.  20SL-CC05699
QUIKTRIP CORPORATION, et al.,           )
                                        )
            Defendants.                 )
                                        )

### ENTRY OF APPEARANCE

COMES NOW Katherine M. Ricks of Armstrong Teasdale LLP and enters her appearance on behalf of Defendant QuikTrip Corporation.


ARMSTRONG TEASDALE LLP


By: _/s/ Katherine M. Ricks_____
    Matthew J. Reh                    #49418
    Katherine Ricks                   #70322
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    mreh@atllp.com
    kricks@atllp.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION

### CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

_/s/ Katherine M. Ricks_____

**EXHIBIT A**

Electronically Filed - St Louis County - January 21, 2021 - 04:15 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

BRENDA LAYTON,                                    )
                                                  )
            Plaintiff,                            )
                                                  )
vs.                                               )        Case No.  20SL-CC05699
                                                  )
QUIKTRIP CORPORATION, et al.,                     )
                                                  )
            Defendants.                           )
                                                  )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant QuikTrip Corporation's First Set of Interrogatories to Plaintiff and Defendant QuikTrip Corporation's First Requests for Production to Plaintiff were served in MS Word and PDF format via electronic mail on January 21, 2021, to Justin D. Guerra, jguerra@holloranlaw.com

ARMSTRONG TEASDALE LLP

By:  */s/ Katherine M. Ricks*
    Matthew J. Reh                    #49418
    Katherine Ricks                   #70322
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    mreh@atllp.com
    kricks@atllp.com

ATTORNEYS FOR DEFENDANT
 QUIKTRIP CORPORATION

**EXHIBIT A**

Electronically Filed - St Louis County - January 21, 2021 - 04:15 PM

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Katherine M. Ricks

2

**EXHIBIT A**

Electronically Filed - St. Louis County - March 05, 2021 - 11:18 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

BRENDA LAYTON,                          )
                                        )
           Plaintiff,                   )
                                        )
vs.                                     )
                                        )      No.  20SL-CC05699
QUIKTRIP CORPORATION,                   )
                                        )
           Defendant.                   )
                                        )
                                        )

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, true and accurate copies of <u>Plaintiff's First Set of Interrogatories Directed to Defendant</u>, <u>Plaintiff's First Set of Request for Production Directed to Defendant</u>, <u>Plaintiff's Answers to Defendant's First Interrogatories Directed Plaintiff</u>, and <u>Plaintiff's Responses to Defendant's First Request for Production Directed to Plaintiff</u> were sent via electronic mail to: Matthew J. Reh, Katherine M. Ricks, ARMSTRONG TEASDALE LLP, 7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105, mreh@atllp.com, kricks@atllp.com, Attorneys for Defendant QuikTrip Corporation.

Respectfully submitted,

**HOLLORAN SCHWARTZ & GAERTNER LLP**

<u>/s/Justin D. Guerra</u>
Justin D. Guerra, #59003
9200 Litzsinger Road
St. Louis, MO 63144
314.772.8989 phone
314.279.1333 fax
jguerra@holloranlaw.com
*Attorneys for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that the foregoing was filed on the Court's electronic filing system on this 5th day of March, 2021, and thereby served upon all attorneys of record.

<u>/s/Justin D. Guerra</u>

**EXHIBIT A**